TYLONE MELVYN MOGUEL JC II AV4629
Name and Prisoner Booking Number
CALIFORNIA MEDICAL FACILITY
Place of Confinement
1600 CALIFORNIA DRIVE
P.O. BOX 2000
Mailing Address
VACAVILLE, CALIFORNIA 95696
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

**FILED**

**Jun 23, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

TYLONE M. MOGUEL JC                    ,   )
(Full Name of Plaintiff)                     )
            Plaintiff,                       )
                                             )
                      v.                     )   CASE NO. 2:22-cv-1082 DB (PC)
                                             )   (To be supplied by the Clerk)
(1) LARSSON,                         ,       )
(Full Name of Defendant)                     )
(2) ACYA,                            ,       )
                                             )        **CIVIL RIGHTS COMPLAINT**
(3) MDAU,                            ,       )           **BY A PRISONER**
                                             )   [DEMAND FOR JURY TRIAL]
(4) LURRZAGA;                        ,       )   ☑ Original Complaint
            Defendant(s).                    )   ☐ First Amended Complaint
☑ Check if there are additional Defendants and attach page 1-A listing them.  )   ☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

    ☑ Other: AMERICANS WITH DISABILITY ACT OF 1990 SECTION 504 OF
    THE REHABILITATION ACT OF 1973; INSTITUTIONALIZED
    PERSONS ACT 42 U.S.C. § 1997.

2.  Institution/city where violation occurred: CALIFORNIA STATE PRISON-SACRAMENTO
    (LSPS), REPRESA, CALIFORNIA. 95671

1  (5.)  MA JIAN,
2  (6.)  RIDDYS,
3  (7.)  . CAIN,
4  (8.)  BACLLET,
5  (9.)  MCLEAD,
6  (10.)  JOSEPH,
7  (11.)  LUNG,
8  (12.)  STEVE,
9  (13.)  MOLY,
10  (14.)  MOLINA,
11  (15.)  BIEODA,
12  (16.)  STELLA,
13  (17.)  SUMO,
14  (18.)  LUCIANELL.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PAGE 1-A

## B.  DEFENDANTS

1.  Name of first Defendant: _La( 1 1 Do_. The first Defendant is employed as:
    _CDUEL+iDnal SEIgEant_ at_C SP1, 79 Piison Road, REPlEsa,_
    (Position and Title)         _Calif  95b71_   (Institution)

2.  Name of second Defendant: _aiya_. The second Defendant is employed as:
    _PSYChologist_ at_C SP1, 79 Piison Road, REPlEsa,_
    (Position and Title)         _Calif  95b71_   (Institution)

3.  Name of third Defendant: _MbaU_. The third Defendant is employed as:
    _PSYChologist_ at_CSP1, 79 Piison Road, REPlEsa,_
    (Position and Title)         _Calif  95b71_   (Institution)

4.  Name of fourth Defendant: _Cui zaga_. The fourth Defendant is employed as:
    _PSYChologist_ at_CSP1, 79 Piison Road, REPlEsa,_
    (Position and Title)         _Calif  95b71_   (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

_SEE attachment PagE(s):_

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☑ No

2.  If yes, how many lawsuits have you filed? _____.  Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _____.

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _____.

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

1  EMPLOYED AS RN AT LSPS, 29 PRISON ROAD,
2  REPRESA, CALIF 95671.
3   13. THE NAME OF THIRTEENTH DEFENDANT:
4  MOLY. THE THIRTEENTH DEFENDANT IS
5  EMPLOYED AS RN AT LSPS 29 PRISON ROAD,
6  REPRESA, CALIF 95671.
7   14. THE NAME OF FOURTEENTH DEFENDANT:
8  MOLINA. THE FOURTEENTH DEFENDANT IS
9  EMPLOYED AS RN AT LSPS, 29 PRISON ROAD,
10  REPRESA, CALIF 95671.
11  15. THE NAME OF FIFTEENTH DEFENDANT:
12  BRENDA. THE FIFTEENTH DEFENDANT IS
13  EMPLOYED AS RN AT LSPS, 29 PRISON ROAD,
14  REPRESA, CALIF 95671.
15  16. THE NAME OF SIXTEENTH DEFENDANT:
16  STELLA. THE SIXTEENTH DEFENDANT IS
17  EMPLOYED AS LICENSED VOCATIONAL NURSE
18  (LVN) AT LSPS 29 PRISON ROAD, REPRESA,
19  CALIF 95671
20   17. THE SEVENTEENTH DEFENDANT: SOMO.
21  THE SEVENTEENTH DEFENDANT IS EMPLOYED AS
22  LVN AT LSPS 29 PRISON ROAD REPRESA, CALIF 95671.
23  18. THE EIGHTEENTH DEFENDANT: LUCNELL. THE
24  EIGHTEENTH DEFENDANT IS EMPLOYED AS
25  PSYCHIATRIC TECHNICIAN (PT) AT LSPS, 29
26  PRISON ROAD, REPRESA, CALIF 95671.
27
28

PAGE 2-B ATTACHMENT

1  5. NAME OF FIFTH DEFENDANT: MAJIAN. THE
2  FIFTH DEFENDANT IS EMPLOYED AS PSYChOLOgiST
3  AT LSPS, 29 Prison ROAD, REPRESA, CaliF 95671.
4  6. NAME OF SIXTH DEFENDANT: BROOKS. THE
5  SIXTH DEFENDANT IS EMPLOYED AS SOCIAL
6  WORKER AT LSPS, 29 PRISON ROAD, REPRESA,
7  CaliF 95671.
8  7. THE NAME OF SEVENTH DEFENDANT: LAIN.
9  THE SEVENTH DEFENDANT IS EMPLOYED AS
10  CORRECTIONAL OFFICER (4b) AT LSPS, 29 PRISON
11  ROAD, REPRESA, CaliF, 95671.
12  8. THE NAME OF EIGHTH DEFENDANT:
13  BARNET. THE EIGHTH DEFENDANT IS EMPLOYED
14  AS 4b AT LSPS, 29 PRISON ROAD, REPRESA,
15  CaliF 95671.
16  9. THE NAME OF NINTH DEFENDANT: MORENO.
17  THE NINTH DEFENDANT IS EMPLOYED AS 4b AT
18  LSPS, 29 PRISON ROAD, REPRESA, CaliF 95671.
19  10. THE NAME OF TENTH DEFENDANT:
20  JOSEPH. THE TENTH DEFENDANT IS EMPLOYED
21  AS 4b AT LSPS 29 PRISON ROAD, REPRESA,
22  CaliF 95671.
23  11. THE NAME OF ELEVENTH DEFENDANT:
24  LONG. THE ELEVENTH DEFENDANT IS EMPLOYED
25  AS REGISTERED NURSE (RN) AT LSPS 29 PRISON
26  ROAD REPRESA, CaliF 95671.
27  12. THE NAME OF THE TWELVTH DEFENDANT:
28  STEVE. THE TWELVTH DEFENDANT IS

PAGE 2-A  ATTACHMENT

## D. CAUSE OF ACTION

Discrimination based on mental disability

### CLAIM I

1.  State the constitutional or other federal civil right that was violated: and deliberate indifference to serious medical need in violation of 6th, 8th, and 14th amendment U.S. Constitutional rights of prisoners:

2.  **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities          ☐ Mail                ☐ Access to the court          ☐ Medical care

☐ Disciplinary proceedings   ☐ Property            ☐ Exercise of religion         ☐ Retaliation

☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

(1.) Throughout all times mentioned herein Plaintiff was a participant in the California Department of Corrections and Rehabilitation (CDCR) mental health service, delivery system (MHSDS) at the enhanced out-patient (EOP) level of care confined in the psychiatric services unit (PSU). While EOP is a special program for prisoners who are gravely mentally disabled unable to care for themselves in a general population setting, PSU is designed for EOP prisoners serving a security housing unit (SHU) term for disciplinary reasons.

(2.) On December 10, 2021, Plaintiff swallowed a sharp metal object in suicide attempt, and almost immediately thereafter Plaintiff was taken to be medically evaluated by defendant Luof and psychologically assessed by defendant Riva who both ordered Plaintiff (returned) back to PSU cell without x-ray, extraction of the ingested metal, or crisis intervention [SEE attachment 3]

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Suicidal tread and attempt; mental and emotional anguish stomach and digestive pain, damage, discomfort, bleeding, and tearing:

5.  **Administrative Remedies:**

    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                            ☑ Yes   ☐ No

    b.  Did you submit a request for administrative relief on Claim I?          ☑ Yes   ☐ No

    c.  Did you appeal your request for relief on Claim I to the highest level?   ☑ Yes   ☐ No

    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Plaintiff filed grievance log# 206421, on January 7, 2022, submitting such for final level review about March 30, 2022. However, the grievance has not been responded to in over 60 days now demonstrating an[3] unavailability of administrative remedies pursuant to Brown v. Valoff, 422 F.3d 926, 943 n.18 (9th Cir. 2005):

SUPPORTING FACTS CONTINUE:

1  FOR SUICIDE PREVENTION.

2  (3.) Throughout the evening and night of
3  December 10, 2021, Plaintiff's stomach churn,
4  hurt, and pained. By morning of December
5  11, 2021, Plaintiff commence discharge of blood
6  from the mouth. Defendant's Stella and
7  Mccord came witnessed Plaintiff's oral
8  bleeding, then summoned Defendant
9  Larsson. Plaintiff advised Defendant
10 Larsson of being suicidal, and swallowing a
11 sharp metal object to facilitate such.

12 (4.) Defendant Stella intercelted, stating
13 to Defendant Larsson " Dr. arya is aware
14 and already cleared him to teach them a
15 lesson about swallowing things." Defendant
16 Larsson then responded, "well I don't
17 want to be responsible so I'm taking him to
18 medical."

19 (5.) Defendant Larsson then escorted
20 Plaintiff to the medical triage where
21 Defendant Steve refused to medically
22 evaluate Plaintiff, reiterating that " Dr.
23 arya is teaching these guys a hard lesson
24 about swallowing things so he's clear to go
25 back to his cell." Defendant Larsson then
26 told Defendant Steve that Plaintiff also
27 reported being suicidal. Defendant arya
28 ||

PAGE 3- A ATTACHMENT

1  then came and again cleared plaintiff for
2  release back to PSU cell without X-ray,
3  extraction of the ingested metal, or crisis
4  intervention for suicide prevention. When
5  DEFENDANT Lausson was reluctant to
6  release plaintiff to PSU without treatment,
7  DEFENDANT STEVE then said " I will
8  schedule him for an X-ray in 3-5 days."
9  (6.)  Subsequent to being released to PSU
10  on DECEMBER 11, 2021, in an increased
11  suicidal state, plaintiff managed to
12  swallow a second sharp metal object
13  which lodged in plaintiff's upper torso. At
14  18:00 hour medication distribution plaintiff
15  told DEFENDANT Somo of the described
16  suicidal attempt and increased stomach
17  pain which had caused more blood to
18  discharge from plaintiff's mouth. DEFENDANT
19  Somo then gave plaintiff a CDCR-7362
20  request for health care service form and
21  said "Fill this out, but only mention your
22  stomach pain or I'm not going to process
23  your health care form." Plaintiff then
24  completed the CDCR-7362 form and gave it
25  to DEFENDANT Somo.
26  (7.)  On DECEMBER 13, 2021, plaintiff had
27  commence discharging blood from the
28  ||

Page 3-B attachment

CLAIM ONE
SUPPORTING FACTS CONTINUE:

1  CELL-DM AND WAS AGAIN ESCORTED TO THE
2  MEDICAL TRIAGE BY DEFENDANT'S CAIN AND
3  BARNETT TO BE MEDICALLY EVALUATED BY
4  DEFENDANT MOLY. DEFENDANT MOLY
5  REFUSED TO PROVIDE ANY MEDICAL AID OR
6  SERVICES, REITERATING THE "YOU GUYS NEED
7  TO BE TAUGHT A LESSON ABOUT SWALLOWING
8  THINGS" AS THE BASIS, THEN WHEN PLAINTIFF
9  REPORTED SUICIDAL TREND TO DEFENDANT
10 MOBAU, BOTH DEFENDANT'S MOLY AND MOBAU
11 CLEARED PLAINTIFF FOR REXOUSE BACK TO P.SU
12 CELL WITHOUT X-RAY, EXTRACTION OF THE NOW
13 TWO INGESTED METALS, OR CRISIS INTERVENTION
14 FOR SUICIDE PREVENTION.
15 (8.)   ON DECEMBER 14, 2021, DEFENDANT'S
16 CAIN AND BARNETT CAME TO PLAINTIFF'S P.SU
17 CELL TO ISSUE PLAINTIFF A CLEAN PAIR OF
18 BOXER UNDERWEAR BECAUSE OF THE BLOOD
19 DISCHARGE, AND TO ADVISE PLAINTIFF THAT
20 DEFENDANT STEVE NEVER SCHEDULED AN
21 EX-RAY FOR PLAINTIFF AS PURPORTED ON
22 DECEMBER 11, 2021. PLAINTIFF THEN AGAIN
23 REPORTED SUICIDAL TREND TO DEFENDANT'S
24 CAIN AND BARNETT, BUT TO NO AVAIL
25 (9.)   DEFENDANT LURRZAGA THEN CAME BY
26 PLAINTIFF'S P.SU CELL WHERE PLAINTIFF ASKED
27 TO SPEAK WITH DEFENDANT. WHEN DEFENDANT
28 ||

PAGE 3-C ATTACHMENT

Claim ONE

SuPPorting Facts Continue:

1  GONZAGA STOPPED to say "whats up"
2  Plaintiff said, " I'm suicidal from swallowing
3  METAL Four days ago and discharging blood."
4  DEFENDANT GONZAGA WALKED AWAY AS iF
5  HEARING nothing of Plaintiff's report.
6  (10.)  Then, later in the evening about 4:30 -
7  4:45 P.M., DEFENDANT'S BROOKS and CORNELL
8  CAME to PLAINTIFF'S PSU CELL WHERE again
9  reported swallowing two sharp metals in
10  suicide attempt, stomach Pain, and oral and
11  anal discharge OF blood. DEFENDANT BROOKS
12  responded "I will look into this", as both
13  DEFENDANT's then DEPARTED. HOWEVER, about
14  30-40 minutes thereafter, DEFENDANT
15  BROOKS returned to announce that
16  Plaintiff would be brought back to medical
17  triage For treatment and suicidal
18  assessment.
19  (11.)   about an hour after DEFENDANT BROOKS
20  SECOND DEPARTURE Plaintiff was medically
21  evaluated by DEFENDANT BRENDA at the
22  medical triage then transported to
23  outside hospital where the ingested metal
24  was extracted by scope, and subsequently
25  Plaintiff was then admitted into crisis bed
26  For suicide prevention.
27  (12.)   The Five day delay in ignoring sharp
28  ]]

PAGE 3- D attachment

CLAIM ONE
SUPPORTING FACTS CONTINUE:

1  METALS DEFENDANT'S, AND EACH OF THEM, WELL
2  KNEW WAS LODGED IN PLAINTIFF'S DIGESTIVE
3  TRACT SYSTEM FROM SUICIDAL ACT AND CAUSED
4  PERMANENT DAMAGE TO PLAINTIFF'S STOMACH
5  LINING.
6  (13.)    ON JANUARY 2, 2022, PLAINTIFF FILED
7  GRIEVANCE LOG # 200021, HOWEVER, PLAINTIFF WAS
8  NEVER INTERVIEWED, AND UPON RECEIVING AN
9  INSTITUTIONAL LEVEL RESPONSE DIRECTING
10  PLAINTIFF TO FILE A CIVIL RIGHTS COMPLAINT, ON
11  ABOUT MARCH 30, 2022, PLAINTIFF FORWARDED
12  THE GRIEVANCE AND RESPONSE FOR FINAL LEVEL
13  REVIEW, BUT HAS NOT RECEIVED A RESPONSE
14  WITHIN TIME LINE OF 60 DAYS SPECIFIED BY
15  WELL ESTABLISHED CDCR POLICY.
16
17            VERIFICATION
18    I DO HEREBY DECLARE THAT I HAVE READ
19  THE FOREGOING ABOVE AND THAT THE MATTERS
20  CONTAINED THEREIN ARE TRUE AND CORRECT
21  UNDER PENALTY OF PERJURY UNDER THE LAWS OF
22  THE STATE OF CALIFORNIA THIS 23RD DAY OF
23  JUNE 2022, AT VACAVILLE, CALIFORNIA.
24
25
26          TYRONE MELVYN MYDEL JR.
27          PLAINTIFF/ IN PRO SE:
            DECLARANT:
28  11

          PAGE 3-E ATTACHMENT

## CLAIM II

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                                      ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Claim II?                          ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Claim II to the highest level?                 ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities          ☐ Mail              ☐ Access to the court       ☐ Medical care
    - ☐ Disciplinary proceedings    ☐ Property          ☐ Exercise of religion      ☐ Retaliation
    - ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your
        institution?                                                              ☐ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Claim III?           ☐ Yes    ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

### E. REQUEST FOR RELIEF

State the relief you are seeking: (1.) a declaration that the Acts and the omissions of Defendant's violated Plaintiff's rights under the laws of the State of California, the United States, and the U.S. Constitution; (2.) Punitive damages according to proof; (3.) Compensatory damages according to proof; (4.) Exemplary damages according to proof; (5.) Nominal damages according to proof; (6.) Prospective damages according to proof; (7.) Special damages according to proof; (8.) Grant Plaintiff's demand for Jury Trial and (9.) any such other relief this Court deems Just and Proper:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __June 23, 2022.__
                DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

Case Name:     MoqUE) V. LarsSon,Et AL.,

Case Number:

Court:    U.S. District Court
          Eastern District of California

# PROOF OF SERVICE BY MAIL

I. T. MoqUE)                    declare:

That I am over the age of eighteen years of age and am not a party to the above entitled cause of action. That I reside in Solano County, California at the California Medical Facility, at 1600 California Drive, P.O. Box 2500, Vacaville, California, 95696-2500.

That on  JUNE 23, 2022                    I served the attached: a true copy of the attached:

Civil Rights Complaint by Prisoner
   DEMAND For JURY Trial

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal legal mail collection system at the California Medical Facility, Vacaville, California, addressed as follows:

U.S. District Court
Eastern District of California
501 'I' Street
Sacramento, Calif 95814

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct. That this proof of service was executed on  JUNE 23, 2022          at the California Medical Facility, Vacaville, California.

TYrone M. Moque)
_____
Declarant

_____
Declarant's Signature