UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE MERVYN MOGUEL,<br><br>  Plaintiff,<br><br>  v.<br><br>ARYA, et al.,<br><br>  Defendants. | No. 2:22-cv-1082 DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983. On August 24, 2022, the court ordered service of the complaint on defendants Lung, Arya, Somo, Steve, Moly, Muau, and Corrzaga through the court's e-service program. In response, CDCR filed a notice that defendants Arya and Moly Thekkekara would waive service of process without the need for personal service. (ECF No. 14.) With respect to defendants Lung, Somo, Steve, Muau, and Corrzaga, CDCR notified the court that it was unable to identify these defendants. (ECF No. 15.) In an order filed December 5, 2022, this court informed plaintiff that if he wishes to pursue an action against defendants Lung, Somo, Steve, Muau, and Corrzaga, he must provide service documents with additional information identifying those defendants. (ECF No. 25.)

On January 30, 2023, plaintiff provided the court with completed USM-285 forms, copies of the complaint, and a summons form. However, plaintiff identifies the defendants in those documents as Lorz Chester, Jian Ma, Steven Peters, Sumovzc Alysia, and Sparks. These are not

the names of defendants identified in plaintiff's complaint and for whom this court ordered service. Plaintiff must explain this discrepancy. If he wishes to proceed against any defendants besides Arya and Moly Thekkekara, he must either: (1) amend his complaint to correctly identify the defendants in this action, or (2) provide updated service documents for Lung, Somo, Steve, Muau, and Corrzaga.

If plaintiff chooses to amend his complaint, he must make a motion to amend and also file a proposed first amended complaint. Plaintiff is advised that an amended complaint must be complete in itself without reference to any prior pleading. E.D. Cal. R. 220. Once plaintiff files an amended complaint, the original pleading is superseded.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Within twenty days of the date of this order plaintiff shall file <u>one</u> of the following:

   a. A motion to amend his complaint and a copy of a proposed first amended complaint; <u>or</u>

   b. Service documents for defendants Lung, Somo, Steve, Muau, and Corrzaga. Because plaintiff has already provided the court with copies of the complaint, plaintiff need only provide a completed USM-285 form for each defendant - Lung, Somo, Steve, Muau, and Corrzaga – and one completed summons form.

2. With the copy of this order, the Clerk of the Court shall send to plaintiff five USM-285 forms, an instruction sheet, and a copy of the court's complaint form for a civil rights action by a prisoner.

Dated:  February 5, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB Prisoner Inbox/Civil Rights/R/mogu1082.updated serv(2)