UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE MERVYN MOGUEL, | No. 2:22-cv-1082 DB P |
| Plaintiff, | |
| v. | ORDER |
| ARYA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983. On August 24, 2022, this court ordered service of the complaint on defendants Lung, Arya, Somo, Steve, Moly, Muau, and Corrzaga through the court's e-service program. In response, CDCR filed a notice that defendants Arya and Moly Thekkekara would waive service of process without the need for personal service. (ECF No. 14.) Defendants Arya and Thekkekara have now waived service.

With respect to defendants Lung, Somo, Steve, Muau, and Corrzaga, CDCR notified the court that it was unable to identify these defendants. (ECF No. 15.) In an order filed December 5, 2022, this court informed plaintiff that if he wishes to pursue an action against defendants Lung, Somo, Steve, Muau, and Corrzaga, he must provide service documents with additional information identifying those defendants. (ECF No. 25.) On January 30, 2023, plaintiff provided the court with service documents for people he had not identified in the complaint. (ECF No. 27.)

1  Plaintiff did not provide service documents for defendants Lung, Somo, Steve, Muau, and
2  Corrzaga.
3      In an order filed February 6, 2023, this court informed plaintiff of the problem with the
4  service documents he submitted.  The February 6 order gave plaintiff twenty days to either submit
5  the appropriate service documents or seek to amend the complaint if he wishes to add additional
6  claims and defendants.  (ECF No. 29.)
7      On March 1, plaintiff filed a motion to amend the complaint.  (ECF No. 34.)
8      Because plaintiff seeks to amend the complaint, defendants Arya and Thekkekara are
9  relieved from their obligation to file a responsive pleading at this time.  This court will therefore
10  lift the March 29 deadline for a response to the complaint.  A new date will be set after plaintiff's
11  motion to amend is resolved.
12      Accordingly, IT IS HEREBY ORDERED that
13      1. The March 29 deadline for filing a response to the complaint is vacated; and
14      2. Within 30 days of the filed date of this order, defendants shall file a response to
15  plaintiff's motion to amend.  If plaintiff wishes to file a reply, he may do so within fourteen days
16  after he is served with defendants' response.

17  Dated:  March 9, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/mogu1082.mta resp