IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE MERVYN MOGUEL, | Case No. 2:22-cv-01082 DB |
| Plaintiff, | ORDER |
| v. | |
| ARYA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  Defendant Ma has requested an extension of time to file a waiver of service of process. The Deputy Attorney General representing several other defendants states that additional time is required to determine who will be representing Ma.

Good cause appearing, IT IS HEREBY ORDERED that defendant Ma's request for a fourteen-day extension of time (ECF No. 49) is granted.  Defendant Ma shall file a waiver of service no later than July 19, 2023.  No other deadlines are affected by this order.

Dated:  July 13, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/civil rights/R/mogu1082.waiver eot