IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE MERVYN MOGUEL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARYA, et al.,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-01082 DB<br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  On August 3, 2023, this court referred this case to the court's Post-Screening ADR Project and stayed it for 120 days.  Defendants were given 60 days to file any motion to opt out of the Project.  Defendants now seek a second extension of time to file any motion to opt out. Defendants' counsel states that they require additional time to confer with all defendants and evaluate plaintiff's claims.  Defendants have shown good cause for a 21-day extension of time. However, no further extensions will be granted.

////

////

////

////

1  Accordingly IT IS HEREBY ORDERED that defendants' motion for an extension of time
2  (ECF No. 60) is granted.
3  Dated: November 14, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/mogu1082.opt out eot(2)