UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE MERVYN MOGUEL,<br><br>   Plaintiff,<br><br>   v.<br><br>ARYA, et al.,<br><br>   Defendants. | No. 2:22-cv-1082 DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action. On March 27, 2024, plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). (ECF No. 67.) The notice is signed only by plaintiff. Voluntary dismissal after a defendant has appeared requires the signature of all parties. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, IT IS HEREBY ORDERED that within 30 days plaintiff shall file a Rule 41(a) notice signed by all parties.

Dated: March 28, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB Prisoner Inbox/Civil Rights/R/mogu1082.R41 dism