UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE MERVYN MOGUEL, | No. 2:22-cv-1082 DB P |
| Plaintiff, | |
| v. | ORDER |
| LARSSON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. On March 19, 2024, plaintiff and the remaining defendants reached a settlement of plaintiff's claims. All parties have filed notices of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). (ECF Nos. 68, 71.)

Accordingly, the Clerk of the Court is HEREBY ORDERED to close this case.

Dated: April 12, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB Prisoner Inbox/Civil Rights/R/mogu1082.close